UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 15-1746-MWF (AFMx)**                             Dated: March 31, 2016

Title:      Leticia Ayala, et al. -v- Bella Apartment, LLC

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Notice of Settlement filed March 30, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 2, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk    rs